**James Opleton BRADLEY, Jr.,**
**Petitioner–Appellant,**

v.

**R. David MITCHELL, Respondent–**
**Appellee.**

**No. 01–7983.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 12, 2002.

Decided April 29, 2002.

James Opleton Bradley, Jr., Appellant Pro Se.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

PER CURIAM.

James Opleton Bradley, Jr., seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court that Bradley's petition was untimely filed. *See Bradley v. Mitchell,* No. CA–01–599–3–2–MU (W.D.N.C. filed Nov. 9, 2001; entered Nov. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*